

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00184-CR

James Thomas Jones, II
v.
The State of Texas

On Appeal from the
221st District Court of Montgomery County, Texas
Trial Cause No. 13-04-04212 CR (Count 2)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

February 19, 2015